UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 NOV 13 PM 3: 38

| | | |
|---|---|---|
| **JUDITH B. BEARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | **CV-01-C-1526-S** |
| **BROOKWOOD HOSPITAL, TENET HEALTHSYSTEMS, and DR. SCOTT APPELL,** | ) ) ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
NOV 13 2001

## MEMORANDUM OPINION

It appears that Plaintiff clearly agreed "to use the Company's Fair Treatment Process and to submit to binding arbitration any and all claims and disputes that are related in any way to [her] employment or the termination of [her] employment with Tenet." Exhibit A, Decl. T. Stalnaker. The arbitration agreement covers disputes with all subsidiaries, affiliated companies, employees, officers, and directors of Defendant Tenet. *Id.* The said agreement definitely involves a transaction affecting interstate commerce.

The Court perceives no unconscionability in the terms of the agreement, as Plaintiff's maximum monetary exposure is eight times her hourly rate of pay.

Under these circumstances, the Defendants' motion to compel arbitration is due to be granted.

By separate order, the case will be dismissed, without prejudice to Plaintiff's right to seek

9

relief subsequent to the issuance of the arbitration award.

Done this ___9th___ day of November, 2001.

_____
Chief United States District Judge
U.W. Clemon